# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT FIERRO, | 1:09-cv-01166-OWW-DLB (HC) |
|     Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT COPIES OF ALL STATE COURT FILINGS REFERENCED IN MOTION TO DISMISS |
|     v. | |
| JAMES D. HARTLY, | [Doc. 10] |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 2, 2009, Respondent filed a motion to dismiss the instant petition as untimely under 28 U.S.C. § 2244(d)(1). In support of his motion, Respondent submitted copies of the state court denials; however, he did not submit a copy of the state court petitions. The Court can not properly resolve Respondent's motion without a copy of all the state court filings and accompanying proof of service. Accordingly, it is HEREBY ORDERED that within **twenty (20)** days from the date of service of this order, Respondent submit a copy of all the state court filings.

IT IS SO ORDERED.

Dated: **November 9, 2009**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE